Veronica McKnight, Esq. (SBN: 306562)
bonnie@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

[Additional Attorneys Listed on Signature Page]

*Attorneys for Plaintiff,*
Kimberly Morrisette Montes

Damian P. Richard
Sessions Fishman Nathan & Israel, LLP
1545 Hotel Circle South
Suite 150
San Diego, CA 92108
Phone: 619-758-1891
Fax: 619-296-2013
Email: drichard@sessions.legal

*Attorneys for Defendant,*
National Collegiate Student Loan Trust 2005-1, A Delaware Statutory Trust(s)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kimberly Morrisette Montes,**  **Plaintiff,**  v.  **National Collegiate Student Loan Trust 2005-1, A Delaware Statutory Trust(s),**  **Defendant.** | Case No.: 3:16-CV-02919-AJB-BGS  **JOINT NOTICE OF SETTLEMENT** |

Plaintiff KIMBERLY MORRISETTE MONTES and Defendant NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, A DELAWARE STATUTORY TRUST(S), HEREBY JOINTLY GIVE NOTICE that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 30 days.  Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline of April 30, 2017 for filing a joint dismissal.

Respectfully submitted,

Date:  April 3, 2017

**HYDE & SWIGART**

By:  s/ Veronica E. McKnight
Veronica E. McKnight
Attorneys for Plaintiff

[Additional Attorneys for the Plaintiff]

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

Date:  April 3, 2017

**SESSIONS FISHMAN NATHAN & ISRAEL, LLP**

By: s/Damian P. Richard

Damian P. Richard
Attorneys for Defendant

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Damian Richard, counsel for Defendant, and that I have obtained Mr. Richard's authorization to affix his electronic signature to this document.

Dated: April 3, 2017            **HYDE & SWIGART**

                                By:  s/ Veronica E. McKnight
                                    Veronica E. McKnight
                                    Attorneys for Plaintiff