Veronica E. McKnight, Esq. (SBN: 306562)
bonnie@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Kimberly Morrisette Montes

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| Kimberly Morrisette Montes, | Case No.: 3:16-cv-02919-AJB-BGS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| National Collegiate Student Loan Trust 2005-1, A Delaware Statutory Trust(s), | **HON. ANTHONY J. BATTAGLIA** |

Plaintiff KIMBERLY MORRISETTE MONTES (hereinafter "Plaintiff"), Defendant NATIONAL COLLEGIATE STUDENT LOAN TRUST, (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice, and in support of this motion hereby state:

1. The Parties have reached a settlement in this action;
2. The Parties to the litigation have entered into this Joint Motion.

3. The Defendants, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;

4. The settlement between Plaintiff and Defendants is memorialized in written settlement agreements, now fully executed by Plaintiff and the Defendants;

5. The Parties agree that this Court can proceed to dismiss this action entirely with prejudice.

WHEREFORE, the Parties respectfully request that this Court dismiss this action with prejudice.

Dated: April 24, 2017            **HYDE & SWIGART**

                                 By: s/Veronica E. McKnight
                                     Veronica E. McKnight
                                     Attorney for Plaintiff


Dated: April 24, 2017            **SESSIONS FISHMAN NATHAN & ISRAEL, LLP**

                                 By: s/ Damian P. Richard
                                     Damian P. Richard
                                     Attorney for Defendant

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Damian P. Richard, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: April 24, 2017                              **HYDE & SWIGART**

                                        By:  s/Veronica E. McKnight
                                            Veronica E. McKnight
                                            Attorney for Plaintiff