# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kimberly Morrisette Montes,** | Case No.: 3:16-cv-02919-AJB-BGS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| **National Collegiate Student Loan Trust 2005-1, A Delaware Statutory Trust(s)** | (DOC. NO. 13) |
| Defendant. | |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS ORDERED.

Dated: April 25, 2017

Hon. Anthony J. Battaglia
United States District Judge